# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

CONSENSYS SOFTWARE INC.
Plaintiff

v.

GARY GENSLER ET AL.
Defendant

4:24-cv-00369-Y
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT

(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Plaintiff Consensys Software Inc.

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

- Consensys Software Inc. (Plaintiff) - a citizen of both Delaware (place of incorporation) and Texas (principal place of business in Fort Worth, Texas)
- Gary Gensler (Defendant)
- Caroline A. Crenshaw (Defendant)
- Jaime Lizárraga (Defendant)
- Mark T. Uyeda (Defendant)
- Hester M. Peirce (Defendant)
- U.S. Securities and Exchange Commission (Defendant)

|  |  |
|---|---|
| Date: | April 25, 2024 |
| Signature: | */s/ Brant C. Martin* |
| Print Name: | Brant C. Martin |
| Bar Number: | 24002529 |
| Address: | 100 Throckmorton St., Ste 1500 |
| City, State, Zip: | Fort Worth, Texas 76102 |
| Telephone: | (817) 332-7788 |
| Fax: | (817) 332-7789 |
| E-Mail: | brant.martin@wickphillips.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.