UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| CONSENSYS SOFTWARE INC. <br> *Plaintiff* <br><br> v. <br><br> GARY GENSLER ET AL. <br> *Defendant* | § <br> § <br> § <br> § <br> § Case No. 4:24-cv-00369-Y <br> § <br> § <br> § <br> § |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

Adam M. Gogolak with Wachtell, Lipton, Rosen & Katz, with offices at

51 West 52nd Street
(Street Address)

New York                                NY                        10019
(City)                                  (State)                   (Zip Code)

(212) 403-1189                          (212) 403-2189
(Telephone No.)                         (Fax No.)


**II.** Applicant will sign all filings with the name  Adam M. Gogolak.


**III.** Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Consensys Software Inc.



to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____New York_____, where Applicant regularly practices law.

Bar license number: 4324984     Admission date: May 19, 2005

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Southern District of New York | July 2006 | Active |
| Eastern District of New York | July 2006 | Active |
| Second Circuit | September 2007 | Inactive |
| Fourth Circuit | December 2009 | Active |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

| Date of Application: | Case No. And Style: |
|---|---|
| N/A | |
| | |
| | |

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Brant C. Martin/Stafford P. Brantley with Wick Phillips Gould & Martin, LLP, who has offices at

100 Throckmorton Street, Suite 1500
(Street Address)

Fort Worth                             TX                  76102
(City)                                 (State)             (Zip Code)

(817) 332-7788                         (817) 332-7789
(Telephone No.)                        (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the  26th  day of April, 2024.

Adam M. Gogolak
Printed Name of Applicant

*Adam Gogolak*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.



## Appellate Division of the Supreme Court
## of the State of New York
## First Judicial Department

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Adam Michael Gogolak

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **May 19, 2005,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on April 26, 2024.

*Susanna M. Rojas*
Clerk of the Court

CertID-00171624