IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

CONSENSYS SOFTWARE, INC.       §
                               §
VS.                            §     ACTION NO: 4:24-CV-369-Y
                               §
U.S. SECURITIES AND EXCHANGE   §
COMMISSION, ET AL.             §

## ORDER FOR ADMISSION PRO HAC VICE

The Court has considered the Application for Admission Pro Hac Vice of Kevin S. Schwartz (doc. 4). The application is **GRANTED**. The clerk of Court shall deposit the application fee to the account of the Non-Appropriated Fund of this Court.

Further, if Applicant has not already done so, he must submit an ECF registration request via PACER within two weeks of this order, through the Court's website.[1] Failure to do so may result in the revocation of pro-hac-vice status and Applicant's withdrawal from the case. See N.D. TEX. CIV. R. 5.1(f).

SIGNED April 26, 2024.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

---

[1]     At www.txnd.uscourts.gov under Attorneys/Bar Membership/E-File Registration.

ORDER FOR ADMISSION PRO HAC VICE – PAGE SOLO