IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CONSENSYS SOFTWARE, INC. | § | |
| | § | |
| VS. | § | ACTION NO. 4:24-CV-369-Y |
| | § | |
| GARY GENSLER, et al. | § | |

### ORDER REASSIGNING CASE

This case is before the Court by Plaintiff's original complaint (doc. 1).

Upon review of the complaint, the record in this case, and applicable law, the Court **ORDERS** that this case be reassigned to United States District Judge Reed O'Connor for consideration or consolidation.

All future papers filed hereafter regarding this case shall be styled to reflect the reassignment of this case to Judge Reed O'Connor, including the suffix letter "O" at the end of the case number (i.e., 4:24-cv-369-O).

SIGNED April 26, 2024.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE