UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CONSENSYS SOFTWARE, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Case No. 4:24-cv-00369-O |
| SECURITIES AND EXCHANGE COMMISSION, et al., | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER

On April 26, 2024, Judge Means issued an order reassigning this matter due to two related cases—*National Association of Fund Managers, et al. v. SEC*, 4:24-cv-00250-O (N.D. Tex. Mar. 18, 2024) (the "First Related Case") and *Crypto Freedom Alliance of Texas, et al. v. SEC, et al.*, 4:24-cv-003610-O (the "Second Related Case")—already pending before this Court. ECF No. 11. In the First Related Case, Defendant has appeared and the parties agreed to resolve this matter on cross-motions for summary judgment. As such, the Court **ORDERS** Plaintiff to confer with Defendants regarding (1) consolidation and (2) whether the briefing schedule in the Related Case will also work in this matter. Plaintiff **SHALL** file a notice on the docket describing the parties' conference by no later than **May 3, 2024**.

**SO ORDERED** on this **26th** day of **April, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE