UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CONSENSYS SOFTWARE, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Case No. 4:24-cv-00369-O |
| SECURITIES AND EXCHANGE | § | |
| COMMISSION, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

In the Civil Cover Sheet filed with the Complaint, Plaintiff identified this action as related to the action captioned, LEJILEX, et al. v. SEC, et al., 4:24-cv-00168-O. As such, the Court **ORDERS** Plaintiff to confer with Defendants to discuss whether these matters should be consolidated. Plaintiff **SHALL** file a notice on the docket describing the parties' conference by no later than **May 22, 2024**.

**SO ORDERED** on this **15th** day of **May, 2024**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE