UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CONSENSYS SOFTWARE, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 4:24-cv-00369-O |
| SECURITIES AND EXCHANGE COMMISSION, et al., | § § § § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendants' Motion for Extension of Time (ECF No. 26) and Plaintiff Consensys Software Inc.'s ("Plaintiff") Motion for Rule 16 Dispositive Motions Schedule (ECF No. 27). The Court finds that the most efficient course is to consider in tandem the briefing on any dispositive motions, both jurisdictional and on the merits. Accordingly, the Court **GRANTS** the Motions and enters the following schedule.

- Defendants' Answer to be filed on or before July 29, 2024;
- Discovery on limited issues to be presented for dispositive motion to be completed by August 16, 2024;
- Opening Briefs on dispositive motions to be filed on or before September 20, 2024;
- Amicus briefs to be filed on or before October 4, 2024;
- Opposition briefs to be filed on or before November 1, 2024; and
- Reply briefs to be filed on or before November 26, 2024.

**SO ORDERED** on this **1st** day of **July, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE