UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| CONSENSYS SOFTWARE INC., <br><br> *Plaintiff*, <br><br> v. <br><br> GARY GENSLER, Chair of the U.S. Securities and Exchange Commission; CAROLINE A. CRENSHAW, JAIME LIZÁRRAGA, MARK T. UYEDA, and HESTER M. PEIRCE, each a Commissioner of the U.S. Securities and Exchange Commission; and U.S. SECURITIES AND EXCHANGE COMMISSION, <br><br> *Defendants*. | Case No. 4:24-cv-00369-O |

**AMENDED SCHEDULING ORDER**

Before the Court is Defendants' Motion to Amend the Scheduling Order currently entered in this case. (ECF No. ____). For the reasons stated in the Defendants' Memorandum and Motion, the Court **GRANTS** the Defendants' Motion to Amend the Scheduling Order and **ORDERS** the following:

(1) Plaintiff's Response to the SEC's Motion to Dismiss or Transfer shall be filed on or before August 28, 2024;

(2) Defendants' Reply to the Response to the Motion to Dismiss or Transfer shall be filed on or before September 11, 2024; and

(3) The remainder of this case is **STAYED** pending resolution of the SEC's Motion to Dismiss or Transfer. If necessary, the Court will issue a new scheduling order, on motion by the parties following the resolution of the Motion to Dismiss or Transfer.

**SO ORDERED** on this _____ day of _____, 2024

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE