UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CONSENSYS SOFTWARE, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 4:24-cv-00369-O |
| SECURITIES AND EXCHANGE COMMISSION, et al., | § § § § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendants' Motion to Amend the Scheduling Order. (ECF No. 38). The Motion stated that Plaintiff is opposed. According, Plaintiff **SHALL** respond to the Motion by **July 31, 2024.**

**SO ORDERED** on this **25th** day of **July, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE