UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CONSENSYS SOFTWARE, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Case No. 4:24-cv-00369-O |
| SECURITIES AND EXCHANGE COMMISSION, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court are Defendants' Amended Motion to Amend Summary Judgment Briefing Schedule (ECF No. 52), filed September 11, 2024; Plaintiff's Response (ECF No. 54), filed September 12, 2024; and Defendants' Reply (ECF No. 55), filed September 13, 2024. Accordingly, the Motion is **GRANTED**. The Court maintains a simultaneous summary judgment briefing schedule with the amended dates as follows:

- October 4, 2024 – Opening briefs deadline
- November 8, 2024 – Opposition briefs deadline
- November 26, 2024 – Reply briefs deadline

Other than the items specifically addressed above, the Court's Scheduling Order (ECF No. 30) shall remain in full force and effect.

**SO ORDERED** on this **17th day** of **September, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE